

FILED

05/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0111

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0111

JACOB SMITH,

Plaintiff and Appellant,

v.

BREANNE DAVIS,

Defendant and Appellee.

O R D E R

FILED

MAY 15 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Appellant has filed a motion for a 60-day extension of time to file his opening brief in the referenced matter. Good cause appearing.

IT IS ORDERED that the Motion for 60-day Extension is GRANTED. Appellant has until July 6, 2020, within which to file his opening brief.

DATED this 15th day of May, 2020.

For the Court,

By /s/ _____
Chief Justice